Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014    FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                                      ) Case No.: 2:12-17660-VZ
                                            )
   Bomer-Meadows, Darlene E.           ) TRUSTEE'S NOTICE OF
   Meadows, Michael J.                 ) UNCLAIMED DIVIDEND
                                            ) (Bankruptcy Rule 3011)
                                            )
                                            )
                                            )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 775445 in the sum of $614.49 representing the total amount of unclaimed dividend in the above-entitled debtor's estate. The check was not deliverable at the address of record. The Trustee, after due diligence, has not been able to locate the payee. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The record reflects the name and address of the party entitled to said unclaimed dividend to be:

        Darlene E. Bomer-Meadows
        Michael J. Meadows
        732 W. Cypress Street
        Compton, CA  90220

Date: May 16, 2018                          /s/ Nancy Curry

Nancy Curry Chapter 13 Trustee                                      Check No. 775445
Pay to: 50033000  U.S. BANKRUPTCY COURT
OUR OFFICE HAS MOVED TO:  1000 WILSHIRE BLVD., SUITE 870, LOS ANGELES, CA 90017

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 1217660-VZ | 999-0 | BOMER-MEADOWS, DARLENE E. | | 0.00 | 614.49 | 0.00 | 614.49 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**Nancy Curry**
**Chapter 13 Trustee**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA  90017

Disbursement Account
Suntrust Bank

64-79 / 611

No. 775445

May 15, 2018

PAY** Six Hundred Fourteen Dollars and 49 Cents*************************************
TO THE ORDER OF

AMOUNT****$614.49*************

VOID AFTER August 13, 2018

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE ST., RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑆775445⑆ ⑈061100790⑈ 000000575200 ⑈